Chambers of
John S. Rhoades
Judge

October 18, 2004

FINANCIAL DISCLOSURE OFFICE

Oct 25  3 27 PM '04

RECEIVED

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2003 Filing

In response to your letter dated August 5, 2004, the following additional information is what is needed in order to close my 2003 report.

In Part VII, page 1, line 1, Column C(1), the applicable value code is "M".

In Part VII, page 1, lines 2-4, "Pasadena California CTFSMuni Bond(J)", Column D(2) should have been on the Calendar Year 2000 FDR. It was redeemed on May 4, 2000. Column D(3) should be "J".
"California State GEN OB Muni Bond (J)", Column D(2) should be November 3 and Column D(3) should be "K".
"Fairfield Calif PUB FIN Muni Bond (J)", Column D(2) should be August 1 and Column D(3) should be "J".

In Part VII, page 1, lines 8 and 9, "L.A. Public Works BE 4900", Column D(2) should have been reported on the Calendar Year 2001 FDR. The transaction took place on March 21, 2001. Column D(3) should be "J" and Column D(4) should be "A".
"Active Assets Tax Free Trust", Column D(2) should have been reported on the Calendar Year 2001 FDR. This transaction also took place on March 21, 2001. Column D(3) should be "J" and Column D(4) should be "A". Both of these should have been reported on the Calendar Year 2002 FDR also.

For your information, "Active Assets Tax Free Trust" is a checking account maintained by Morgan Stanley with regular deposits and withdrawals as any other regular checking account.



John S. Rhoades

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| --- | --- | --- |
| | Calendar Year 2003 | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Rhoades, John S | 2. Court or Organization Southern District | 3. Date of Report 5/10/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Edward J. Schwartz Courthouse 940 Front Street, Suite 3130 San Diego, California 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2004 MAY 19 P 1:05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rhoades, John S | 5/10/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | 1st Mortgage on home | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Rhoades, John S | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Putnam Growth & Income Fund CI-A | B | Dividend | G | T | | | | | |
| 2. Pasadena California CTFS Muni Bond ● | A | Interest | | | Redeem | | | D | |
| 3. California State GEN OB Muni Bond ● | B | Interest | | | Redeem | | | E | |
| 4. Fairfield Calif PUB FIN Muni Bond ● | A | Interest | | | Redeem | | | D | |
| 5. San Pablo REDEV Muni Bond ● | A | Interest | J | T | | | | | |
| 6. Dean Witter Money Market Fund ● | A | Interest | J | T | | | | | |
| 7. Land - Julian, CA ● | | None | M | S | | | | | |
| 8. L.A. Public Works BE 4900 | A | Interest | J | T | | | | | |
| 9. Active Assets Tax Free Trust | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rhoades, John S | 5/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART VII Line 7 - Value $238,984

Land: 100,222
Improvements: 138, 762
Assessed Value: $238,984

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rhoades, John S | 5/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████        Date 5/10/04

NOTE: A█████████████████████████Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544